IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David W. Potter,                              :

          Plaintiff(s),                  :

                         :     Case Number: 1:15cv652

    vs.                                      :

                         :     Judge Susan J. Dlott

Commissioner of Social Security,             :

          Defendant(s).                  :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 19, 2016 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 6, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the defendant's decision is AFFIRMED.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court